# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| LESLIE C. SMITH,<br><br>      Plaintiff,<br> v.<br><br>GOVERNMENT OF THE VIRGIN ISLANDS et al.,<br><br>      Defendants. | 2006-CV-0143 |
| LESLIE CHARLES SMITH<br><br>      Plaintiff,<br> v.<br><br>ROSALDO HORSFORD, WARDEN,<br><br>      Defendant. | 2007-CV-0022 |

TO: Jesse A. Gessin, Esq., AFPD
    Richard A. Schrader, Jr., Esq., AAG

## ORDER

THIS MATTER came before the Court for consideration upon Defendants' Motion For Disqualification of Federal Public Defender (2006-CV-0143, Docket No. 45). Plaintiff filed an opposition to said motion. The time for filing a reply as expired.

*Smith v. Government of the Virgin Islands* 2006-CV-0143
*Smith v. Horsford* 2007-CV-0022
Order
Page 2

Having reviewed the submissions of the parties and upon due consideration thereof, the Court is persuaded by the arguments of Plaintiff and finds that the Office of the Federal Public Defender is appointed properly pursuant to the Criminal Justice Act.

Accordingly, it is now hereby **ORDERED** that Defendants' Motion For Disqualification of Federal Public Defender is (2006-CV-0143, Docket No. 45) is **DENIED**.

ENTER:

Dated: October 1, 2008                                /s/
                                                                 GEORGE W. CANNON, JR.
                                                                 U.S. MAGISTRATE JUDGE