# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **LESLIE C. SMITH,** | |
| **Plaintiff,** | 2006-CV-0143 |
| v. | <u>UNDER SEAL</u> |
| **GOVERNMENT OF THE VIRGIN ISLANDS et al.,** | |
| **Defendants.** | |

**TO:** Jesse A. Gessin, Esq., AFPD
Richard A. Schrader, Jr., Esq., AAG

## <u>ORDER</u>

THIS MATTER came before the Court for hearing upon Plaintiff's *pro-se* Motion For Emergency Hearing and Contempt of Court (Docket No. 27) and Second Motion For Emergency Hearing and Other Relief (Docket No. 30), filed by counsel, on August 1, 2008, and August 15, 2008. Plaintiff was represented by Jesse A. Gessin, Esq., AFPD. Richard A. Schrader, Esq., AAG, appeared on behalf of Defendants. Plaintiff was present at the second hearing date.

Having heard the testimony of the witnesses and the arguments of counsel and upon due consideration thereof, the Court finds that the government is making a good faith

*Smith v. Government of the Virgin Islands*
2006-CV-0143
Order
Page 2

effort to ensure Plaintiff receives the proper medication and/or medical attention. Consequently, the Court finds that sanctions are not warranted at this time.

Accordingly, it is now hereby **ORDERED** that the Court declines to hold the government in contempt of court.

ENTER:

Dated: February 4, 2009

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE