DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| **LESLIE C. SMITH,** | |
| **Plaintiff,** | 2006-CV-0143 |
| v. | <u>UNDER SEAL</u> |
| **GOVERNMENT OF THE VIRGIN ISLANDS et al.,** | |
| **Defendants.** | |

**TO:**   Jesse A. Gessin, Esq., AFPD
Richard A. Schrader, Jr., Esq., AAG

<u>ORDER</u>

THIS MATTER came before the Court upon Plaintiff's Supplement to Motion For Contempt (Docket No. 46), Defendant's Motion to Dismiss Plaintiff's Motion For Contempt (Docket No. 48), Defendant's Motion to Deem Conceded Defendant's Motion to Dismiss (Docket No. 51). Plaintiff's Motion For Leave to File Out of Time an Opposition to the Defendants' [sic] Motion to Dismiss Plaintiff's Motion For Contempt of Court (Docket No. 52).

The Court having entered an order (Docket No. 54) resolving Plaintiff's Motion For Emergency Hearing and Contempt of Court (Docket No. 27) and Second Motion For

*Smith v. Government of the Virgin Islands*
2006-CV-0143
Order
Page 2

Emergency Hearing and Other Relief (Docket No. 30), the Court finds all the referenced motions moot.

Accordingly, it is now hereby **ORDERED**:

1. Plaintiff's Supplement to Motion For Contempt (Docket No. 46) is **DENIED AS MOOT**.

2. Defendant's Motion to Dismiss Plaintiff's Motion For Contempt (Docket No. 48) is **DENIED AS MOOT**.

3. Defendant's Motion to Deem Conceded Defendant's Motion to Dismiss (Docket No. 51) is **DENIED AS MOOT**.

4. Plaintiff's Motion For Leave to File Out of Time an Opposition to the Defendants' [sic] Motion to Dismiss Plaintiff's Motion For Contempt of Court (Docket No. 52) is **DENIED AS MOOT**.

ENTER:

Dated: February 4, 2009

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE